_____

No. 95-1931
_____

Patrick Ronald Russell,         *
                             *
       Appellant,        *
                             *  Appeal from the United States
   v.                *  District Court for the
                             *  District of Nebraska.
Roger Pehrson, et al.,      *
                             *       **[UNPUBLISHED]**
       Appellees.        *

_____

Submitted:  August 23, 1996

Filed:  August 30, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Patrick Ronald Russell appeals the district court's[1] order dismissing without prejudice his § 1983 action claiming numerous Nebraska State Penitentiary officials violated his rights in connection with prison disciplinary proceedings. After careful review of the parties' briefs and the record, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE RICHARD G. KOPF, United States District Judge for the District of Nebraska.